IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN STRICKLAND, : CIVIL ACTION
: NO. 13-119
Petitioner, :
:
v. :
:
PENNSYLVANIA BOARD OF PROBATION :
AND PAROLE, et al., :
:
Respondents. :

O R D E R

AND NOW, this 15th day of May, 2013, after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (ECF No. 11),[1] it is hereby **ORDERED** as follows:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED**;

(2) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**;

(3) A certificate of appealability shall not issue;

and

---

[1] The Court undertakes a de novo review of the portions of the Report and Recommendation to which a party has objected. See 28 U.S.C. § 636(b)(1) (2012); Cont'l Cas. Co. v. Dominick D'Andrea, Inc., 150 F.3d 245, 250 (3d Cir. 1998). The Court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). In this instance, neither party submitted objections to Magistrate Judge Rueter's Report and Recommendation.

(5) The Clerk shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.